THE STATE OF OHIO, APPELLEE, *v.* MULLINS, APPELLANT.

[Cite as *State v. Mullins* (1996), 76 Ohio St.3d 129.]

(No. 96–316—Submitted May 21, 1996—Decided July 24, 1996.)

*Alan F. Sedlak*, Pickaway County Assistant Prosecuting Attorney, for appellee.

*Ralph S. Silvestri, Jr.*, for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its decision and judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.